CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 3 0 2006
JOHN F. CORCORAN, CLERK
BY: /s/ H. McCorkle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ABDULLAH SHAKOOR, #17161-056, <br> Petitioner, | Civil Action No. 7:06CV00672 |
| v. | **ORDER** |
| TERRY O'BRIEN, <br> Respondent. | By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that, pursuant to 28 U.S.C. § 2241, the petition for habeas corpus shall be and hereby is **DISMISSED** and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner.

**ENTER:** This 30th day of November, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge